DARLING STORES CORPORATION *et al.* v. BEATUS, *et al.; et vice versa.*

DUCKWORTH, Justice. The judgment of January 13, 1943, sustaining ground 1 of the demurrer filed on October 29, 1942, is not excepted to, and therefore it is the law of the case. *Clark* v. *Ganson*, 144 *Ga.* 544 (87 S. E. 670); *Turner* v. *Willingham*, 148 *Ga.* 274 (96 S. E. 565); *Speer* v. *Alexander*, 149 *Ga.* 765 (102 S. E. 150); *Georgia Railway &c. Co.* v. *Kelly*, 150 *Ga.* 698 (105 S. E. 300); *Howell* v. *Fulton Bag & Cotton Mills*, 188 *Ga.* 488 (4 S. E. 2d, 181); *Rivers* v. *Key*, 189 *Ga.* 832, (7 S. E. 2d, 732). Whether that ruling was right or wrong it is the law of the case, and is conclusive upon all parties thereto, and under it the petition as amended at that time alleged no cause of action. The amendment offered on January 29, 1943, added nothing new or of substance, but was a mere elaboration of the averments of the original petition. Therefore, under the law of the case, the petition as finally amended alleged no cause of action, and the court did not err in sustaining the ground of demurrer assailing the amended petition upon this ground.

*Judgment affirmed on main bill of exceptions. Cross-bill of exceptions dismissed. All the Justices concur.*

Nos. 14697, 14704. NOVEMBER 30, 1943.

128

*George & John L. Westmoreland,* for plaintiffs.
*Isaac M. Wengrow* and *Albert E. Mayer,* for defendants.